IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **VALERIE MOORE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 11-2759-STA-cgc |
| ) | |
| **IT'S ALL GOOD AUTO SALES, INC.,** ) | |
| **MARK GOODFELLOW, individually and** ) | |
| **d/b/a IT'S ALL GOOD AUTO SALES, INC,** ) | |
| **and JIMMY FOLEY, individually and as an** ) | |
| **agent of IT'S ALL GOOD AUTO SALES, INC.** ) | |
| ) | |
| Defendants. ) | |

**ORDER OF MEDIATED SETTLEMENT AND DISMISSAL**

Came the parties, after successful judicial mediation before the Honorable Charmiane Claxton, and announced that the parties came to a mutually satisfactory agreement as set forth within a Memorandum of Understanding and a Release and Settlement signed by all parties, and announced that this matter should be dismissed.

It is therefore **ORDERED** that the parties shall abide by the terms of the Memorandum of Understanding (entered into by the parties on April 24, 2013, and attached as Ex. 1 to the Release and Settlement Agreement), which is incorporated herein by reference, and that otherwise this matter is hereby dismissed. All matters of costs and attorney fees were resolved by the parties through the mediated settlement.

**IT IS SO ORDERED.**

                                                        **s/S. Thomas Anderson**
                                                       S. THOMAS ANDERSON
                                                       UNITED STATES DISTRICT JUDGE

                                                       Date: September 9, 2013