## UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **VALERIE MOORE** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **IT'S ALL GOOD AUTO SALES, INC., and MARK GOODFELLOW, individually and d/b/a IT'S ALL GOOD AUTO SALES, INC. and JIMMY FOLEY, individually and as an agent of IT'S ALL GOOD AUTO SALES, INC.** | **CASE NO: 11-2758-A** |

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Mediated Settlement And Dismissal entered on September 9, 2013, this cause is hereby dismissed.


APPROVED:

s/ S. Thomas Anderson
UNITED STATES DISTRICT COURT

DATE: 9/10/2013

                                    THOMAS M. GOULD
                                    Clerk of Court


                                    s/Terry L. Haley
                                  (By)   Deputy Clerk